UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH LEE TAYLOR, | No. 2:21-cv-1042 TLN DB P |
| Plaintiff, | |
| v. | ORDER |
| MARSHA INGRAM, et al., | |
| Defendants. | |

Plaintiff has requested an extension of time to file an opposition to defendant's January 30, 2023, motion for summary judgment. (ECF No. 27.) Plaintiff requests the extension of time as plaintiff is suffering from the beginning stages of Parkinson's Disease and also has undergone surgery related to the claims underlying this action. (Id. at 1-2.) Defendant has also filed a statement of non-opposition to plaintiff's request.[1] (ECF No. 28.) This is plaintiff's first request for an extension of time. Given these facts, the court will grant plaintiff's request for an extension of time.

---

[1] In the statement of non-opposition, defendant also asserts that plaintiff failed to timely oppose the motion for summary judgment. Plaintiff's motion for extension of time was signed on February 16, 2022, before the deadline for plaintiff to file opposition to defendant's motion. As such, the court will not find at this time that plaintiff has failed to timely oppose defendant's motion. Defendant may still raise arguments regarding the timeliness of plaintiff's opposition should they elect to do so.

1

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 27) is granted; and

2. Plaintiff is granted forty-five days from the date of this order in which to file an opposition to defendant's January 30, 2023, motion for summary judgment. Any reply shall be filed and served in accordance with Local Rule 230(l).

DATED: March 3, 2023

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:14
DB/DB Prisoner Inbox/Civil Rights/R/tayl1042.36opp