UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| KENNETH LEE TAYLOR, | No. 2:21-cv-01042-TLN-DB |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| MARSHA INGRAM, et al., | |
| Defendants. | |

    Plaintiff Kenneth Lee Taylor is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff claims Defendant retaliated against him in violation of his First Amendment rights.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On August 29, 2023, the magistrate judge filed findings and recommendations herein which were served on all parties, and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days.  (ECF No. 45.)  Neither party filed objections to the findings and recommendations.

    The Court reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 29, 2023 (ECF No. 45) are adopted in full; and
2. The Court DENIES Defendant's Motion for Partial Summary Judgement (ECF No. 26).

December 20, 2023

Troy L. Nunley
United States District Judge