UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH LEE TAYLOR,<br><br>Plaintiff,<br><br>v.<br><br>MARSHA INGRAM, et al.,<br><br>Defendants. | No. 2:21-cv-01042 TLN DB P<br><br><br><br>ORDER |

Plaintiff Kenneth Lee Taylor is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff claims that defendant retaliated against him in violation of his First Amendment Rights. Presently before the court is defendant's motion for an extension of time. (ECF No. 53.)

Defendants request to modify the discovery and scheduling order. (ECF No. 53.) In support of the request, defendants state that the court recently amended the scheduling order providing that plaintiff shall file updated responses to defendant's discovery requests. (Id. at 3-4.) Defendants further state that under the current scheduling order the pretrial motion deadline is February 18, 2024, and plaintiff's deadline for submitting his supplemental responses is February 24, 2024. (ECF No. 53-1 at 2.) Accordingly, defendants request that the pretrial motion be extended to trail the deadline for discovery responses by sixty days. Good cause appearing, the court will grant the motion.

1

IT IS HEREBY ORDERED that:

1. Defendant's motion to modify the discovery and scheduling order (ECF No. 53) is granted; and

2. Pretrial motions shall be filed on or before May 3, 2024.

Dated: January 17, 2024

/s/DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB/DB Prisoner Inbox/Civil Rights/R/tayl1042.eot