UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH LEE TAYLOR,<br><br>Plaintiff,<br><br>v.<br><br>MARSHA INGRAM,<br><br>Defendant. | No. 2:21-cv-1042 TLN DB P<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with a civil rights action under 42 U.S.C. §1983. On May 3, 2024, defendant filed a motion for summary judgment. Pursuant to the court's Discovery and Scheduling Order, motions for summary judgment shall be briefed pursuant to Local Rule 230(l). (See ECF No. 25 at 6.) Local Rule 230(l) requires a party opposing a motion for summary judgment to file a brief within twenty-one days after service of the motion for summary judgment.

Twenty-one days have passed and plaintiff has not filed an opposition to the motion for summary judgment. Plaintiff will be given one more opportunity to file an opposition. The Discovery and Scheduling Order warned plaintiff that his failure to comply with the order or the local rules may result in dismissal of this action. (ECF No. 25 at 8.) If plaintiff fails to file an opposition to the motion for summary judgment within the time period set forth below, this court will recommend this action be dismissed.

1

1      Accordingly, IT IS HEREBY ORDERED that within twenty-one days of the date of this
2  order, plaintiff shall file an opposition to defendant's motion for summary judgment.
3  Dated: July 20, 2024

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB Prisoner Inbox/Civil Rights/R/tayl1042.msj oppo eot