UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH LEE TAYLOR, | No. 2:21-cv-1042 TLN SCR P |
| Plaintiff, | |
| v. | ORDER |
| MARSHA INGRAM, et al., | |
| Defendants. | |

Plaintiff has requested a fourth extension of time to file a response to defendant's motion for summary judgment filed May 3, 2024. (ECF No. 70.) Plaintiff's request states that he was released from the California Health Care Facility (CHCF) on November 8, 2024, and has encountered difficulties finding housing and retrieving his legal case boxes. (Id.) Defendant Ingram opposes the motion, arguing plaintiff chose not to take his legal property with him when he left CHCF and has contracted for housing. (ECF No. 71.)

On November 8, 2024, the undersigned granted plaintiff's last extension request but cautioned plaintiff that any further requests for an extension of time to respond to defendant's motion for summary judgment "will require a detailed showing of good cause based on circumstances outside of plaintiff's control." (ECF No. 69 at 2.) The court finds that plaintiff has met that showing and will grant plaintiff's fourth request for an extension of time to file a response to defendant's motion for summary judgment. However, no further extension of time

will be granted. The court further advises plaintiff that the Declaration of Sergeant L. Steele (ECF No. 71-2) submitted with defendant's opposition to plaintiff's motion for an extension of time provides instructions for plaintiff on how to obtain his property.

IT IS HEREBY ORDERED that:

    1.  Plaintiff's fourth extension of time to file a response to defendant's motion for summary judgment (ECF No. 70) is granted.

    2.  Plaintiff is ordered to file a response to defendant's motion for summary judgment no later than February 26, 2025. No further extension of time will be granted for this purpose. Any reply shall be filed and served in accordance with Local Rule 230(l).

DATED: January 27, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

2