UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH LEE TAYLOR, | No. 2:21-cv-1042 TLN SCR P |
| Plaintiff, | |
| v. | ORDER |
| MARSHA INGRAM, et al., | |
| Defendants. | |

Plaintiff is a former state prisoner proceeding pro se with a civil rights action under 42 U.S.C. § 1983. Defendant's motion for summary judgment is before the court and fully briefed as of April 17, 2025. (ECF Nos. 58, 74, 79.)

On December 19, 2024, after his release from the California Health Care Facility (CHCF), plaintiff sought an extension of time to oppose defendant's motion on grounds that he did not have his legal boxes. (ECF No. 70.) In a response dated January 6, 2025, defense counsel stated that CHCF had nine of plaintiff's boxes and gave plaintiff instructions on how to retrieve his property. (Declaration of Property Management Unit Sergeant L. Steele ¶¶ 2-3, ECF No. 71-2 at 2.). Plaintiff filed his opposition to defendant's motion on March 4, 2025. (ECF No. 74.)

Since then, plaintiff submitted two supplemental letter briefs with the court stating that he still has not received eight of his legal boxes. (See ECF No. 78 at 1-2.) Plaintiff's letters indicate that the remaining boxes contain documents related to this action. (Id. at 2.)

1

1    Accordingly, IT IS HEREBY ORDERED that within 14 days of the date of this order,
2 defense counsel shall inquire with the litigation coordinator at CHCF regarding the status of
3 plaintiff's boxes of legal property and file a declaration informing the court whether the boxes
4 have been provided to plaintiff.
5 DATED: April 25, 2025

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE