UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH TAYLOR,<br><br>        Plaintiff,<br><br>    v.<br><br>MARSHA INGRAM, et al.,<br><br>        Defendants. | No. 2:21-cv-01042-TLN-SCR<br><br>**ORDER** |

Plaintiff Kenneth Taylor ("Plaintiff"), a former state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 15, 2025, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. ECF No. 82. Neither party filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

    1.    The findings and recommendations (ECF No. 82) are ADOPTED IN FULL;

/////

1

2. Defendant's motion for summary judgment (ECF No. 58) is GRANTED in part and DENIED in part as follows:

    a. Defendant's motion is granted as to plaintiff's retaliation claims premised on the alleged retaliatory Counseling Only RVR and housing reassignment; and

    b. Defendant's motion is denied as to plaintiff's retaliation claim premised on defendant's alleged retaliatory threat to reassign plaintiff's housing.

DATED: July 2, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE