UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH LEE TAYLOR,<br><br>Petitioner,<br><br>v.<br><br>MARSHA INGRAM, et al.,<br><br>Respondent. | No. 2:21-cv-01042 TLN SCR P<br><br>ORDER SETTING SETTLEMENT CONFERENCE |

Petitioner is a former state prisoner proceeding pro se with a civil rights action under 42 U.S.C. § 1983. Defendants' motion for summary judgment in this matter has been resolved pursuant to the order filed July 7, 2025. (ECF No. 58.) The undersigned now finds that this case would benefit from a settlement conference.

Accordingly, IT IS HEREBY ORDERED that:

1. This case is set for a settlement conference before **Magistrate Judge Allison Claire via Zoom videoconference on October 9, 2025, at 9:00 a.m.**

2. An order containing instructions for the settlement conference will issue separately in due course.

/////

/////

/////

1

3. The action is hereby stayed to allow the parties an opportunity to settle their dispute. In the event the settlement conference does not result in a settlement, within 30 days the court will issue a further scheduling order that includes a lift of the stay.

DATED: August 4, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE